IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02629-WJM-MJW

ERIC ADAMS,

Plaintiff,

v.

OFFICER MARTINEZ,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for Order (Docket No. 17) directing the U.S. Marshal Service to serve a copy of the complaint and process in this case on Defendant is DENIED WITHOUT PREJUDICE.

      The U.S. Attorney's Office has already accepted service of the complaint in this case. (Docket No. 14.) Unless the U.S. Attorney's Office determines that it has no authority to accept service on Defendant's behalf, there will be no need for further service of process in this case. Plaintiff may re-file his motion in the future, should the need arise.

Date: February 17, 2016