IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02629-WJM-MJW

ERIC ADAMS,

Plaintiff,

v.

OFFICER MARTINEZ,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion that Plaintiff Is [sic] Provided Large Mailing Envelopes and Writing Erasers Pursuant to Law by ADMAX Staff (Docket No. 21) is DENIED.  In the motion, Plaintiff explains that his Unit Manager informed him that he will no longer be provided with large, gold envelopes and that, instead, he will only be provided with letter-size, white mailing envelopes. (Docket No. 21 at 2.)  He also notes that he was told that he will no longer be provided with erasers.  (*Id.*)  Plaintiff's facility is not required to provide a specific type of envelope to Plaintiff unless doing so would impede "his ability to conduct a particular case."  *Cf. Blevins v. Dobbs*, No. 09-cv-00959-BNB, 2009 WL 3123021, at *2-3 (D. Colo. Sept. 24, 2009) (citing *Casey v. Lewis*, 518 U.S. 343 (1996)).  Plaintiff's conclusory allegation that he has not been able to mail motions or respond to Defendant's motions because he must use letter-size, white envelopes is not supported by the docket in this case.  Defendant has not filed any motions in this case as of March 28, 2016. Further, Plaintiff has filed a Complaint, an Amended Complaint, a letter, a motion regarding service, and the instant motion.  Similarly, Plaintiff's facility is not required to provide erasers to inmates.  (*Id.*)

Date: March 28, 2016