IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02629-WJM-MJW

ERIC ADAMS,

Plaintiff,

v.

OFFICER MARTINEZ,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion That The Court Cause ADMAX Staff To Abide To The Law As To Inmate Legal Correspondence To A Attorney (Docket No. 31) is DENIED WITHOUT PREJUDICE.

      Under 28 C.F.R. § 540.21, inmates receive free postage only for legal mail, and only if the inmate has no funds; further, the prison is allowed to place reasonable limits to prevent abuse of the free postage. Plaintiff suggests that he is unable to send mail to his attorney – but Plaintiff is unrepresented in this case. To raise this issue properly, Plaintiff may re-file his motion, describing:

- Whether or not he has funds in his inmate trust account;
- Who the attorney is and what matter his attorney is representing him in (i.e., a habeas case, criminal appeals, etc.); and
- How often Plaintiff uses the prison's free postage.

      As to the first and third of these, Plaintiff should provide proof if such documentation is available.

Date: April 11, 2016